IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE:                                             MDL Docket No 04-1606 VRW

DEEP VEIN THROMBOSIS                               ORDER


This Document Relates To:

05-2494 VRW
_____/

      On June 29, 2005, the court ordered plaintiff to show cause why defendant United Airlines should not be dismissed under the federal preemption reasoning announced in the court's March 11, 2005, order (04-1606 VRW  Doc #151), Doc #6 (OSC).  Plaintiff filed his response on July 6, 2005.  Doc #9.  Plaintiff asserts that the Supreme Court's decision in <u>Bates v Dow Agrosciences, LLC</u>, 125 S Ct 1788 (2005), compels a different result from the one reached in the court's March 11, 2005, preemption order.  Doc #9 at 2-3.  The court has already rejected this contention.  (04-1606 Doc #194).  Accordingly, all claims against defendant United Airlines are DISMISSED with prejudice and the clerk is directed to ENTER JUDGMENT in favor of United Airlines.

1  United Airlines is the only named defendant in this
2 action; the other 101 defendants are unidentified DOE defendants.
3 Accordingly, the remaining unnamed defendants are DISMISSED without
4 prefix. The clerk is DIRECTED to CLOSE the file and TERMINATE
5 all motions.

6

7  SO ORDERED.

8
9  _____
10  **VAUGHN R WALKER**
11  United States District Chief Judge